**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
ron@consumersadvocates.com
ALEXIS WOOD (SBN 270200)
alexis@consumersadvocates.com
KAS GALLUCCI (SBN 288709)
kas@consumersadvocates.com
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA FERGUSON and EDWIN WEST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AGE OF LEARNING, INC., a corporation, also d/b/a ABCmouse and ABCmouse.com<br>Defendant. | Case No.: 5:21-cv-00360-JGB-SP<br><br>CLASS ACTION<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

---

1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Melinda Ferguson and Edwin West and Defendant, Age of Learning, Inc., by and through their undersigned attorneys, hereby stipulate and agree to the dismissal of this action with prejudice as to Plaintiffs Melinda Ferguson and Edwin West's individual claims and without prejudice as to the claims of the proposed class members. Each party shall bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: December 17, 2021            LAW OFFICES OF RONALD A. MARRON


                                    By:    /s/ Alexis Wood
                                           Alexis Wood

                                    **LAW OFFICES OF RONALD A. MARRON**
                                    RONALD A. MARRON
                                    ron@consumersadvocates.com
                                    ALEXIS M. WOOD
                                    alexis@consumersadvocates.com
                                    KAS L. GALLUCCI
                                    kas@consumersadvocates.com
                                    651 Arroyo Drive
                                    San Diego, California 92103
                                    Telephone: (619) 696-9006
                                    Facsimile: (619) 564-6665

                                    ***Attorneys for Plaintiff and the Proposed Class***

1

*Ferguson v. Age of Learning, Inc.*, No. 5:21-CV-00360-JGB-SP
JOINT STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

| | | |
|---|---|---|
| Dated: December 17, 2021 | | MANATT, PHELPS & PHILLIPS, LLP |

By:  /s/ *Justin Jones Rodriguez*
Justin Jones Rodriguez

John W. McGuinness
Christine M. Reilly
Justin Jones Rodriguez
Kristin E. Haule

***Attorneys for Defendant***
AGE OF LEARNING, INC.

## CERTIFICATION OF APPROVAL OF CONTENT

I, Alexis Wood, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of this document, and that I have obtained authorization from the above counsel for Defendant, for her electronic signature.

Dated: December 17, 2021        **LAW OFFICES OF RONALD A. MARRON**

By: */s/ Alexis Wood*
ALEXIS WOOD

***Attorneys for Plaintiff and the Proposed Class***

2

*Ferguson v. Age of Learning, Inc.*, No. 5:21-CV-00360-JGB-SP
JOINT STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)